776 A.2d 265

**Patricia KAPLAN and Howell Kaplan, h/w, Petitioners**

v.

**DON'S CHARTER & TOUR SERVICE, INC. and William Clapp, Respondents**

v.

**Agency Rent–A–Car and Jerry Dicker, Respondents.**

Supreme Court of Pennsylvania.

May 21, 2001.

## ORDER

PER CURIAM:

**AND NOW,** this 21st day of May, 2001, the Petition for Allowance of Appeal is hereby granted, limited to the following question:

Whether defense counsel's references to hearsay in the presence of the jury were so egregious and patently prejudicial as to require the grant of a new trial.